**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINIOS**

In re: KRISTINA J. FLORES             §   Case No. 14-82441
                                      §
                                      §
         Debtor(s)                    §

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Lydia S. Meyer, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The Trustee declares as follows:

1) The case was filed on 08/07/2014.

2) The plan was confirmed on 02/06/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on 08/02/2016, 11/04/2016.

5) The case was completed on 09/06/2017.

6) Number of months from filing or conversion to last payment: 36.

7) Number of months case was pending: 40.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $2,700.00.

10) Amount of unsecured claims discharged without full payment: $103,456.71.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

### Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor(s) | $ 15,614.32 | |
| Less amount refunded to debtor(s) | $ 582.32 | |
| **NET RECEIPTS** | | $ 15,032.00 |

### Expenses of Administration:

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 4,000.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 1,046.78 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 5,046.78 |
| Attorney fees paid and disclosed by debtor(s): | $ 0.00 | |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| BALSLEY & DAHLBERG LLP | Lgl | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Sec | 6,950.00 | 8,551.48 | 6,950.00 | 6,950.00 | 486.02 |
| CAPITAL ONE AUTO FINANCE | Uns | 1,281.00 | 0.00 | 1,601.48 | 51.25 | 0.00 |
| AFNI | Uns | 660.56 | NA | NA | 0.00 | 0.00 |
| APOLLO GROUP INC | Uns | 689.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT | Uns | 372.00 | NA | NA | 0.00 | 0.00 |
| ATTORNEY TERRY HOSS | Uns | 234.00 | NA | NA | 0.00 | 0.00 |
| BAY AREA CREDIT SERVICE | Uns | 779.46 | NA | NA | 0.00 | 0.00 |
| BRUCK LAW OFFICES | Uns | 647.47 | NA | NA | 0.00 | 0.00 |
| AT&T MOBILITY II LLC % AT&T | Uns | 660.56 | 660.56 | 660.56 | 21.14 | 0.00 |
| CALVARY PORTFOLIO SERVICES | Uns | 178.22 | NA | NA | 0.00 | 0.00 |
| CAMELOT RADIOLOGY | Uns | 151.00 | NA | NA | 0.00 | 0.00 |
| CCB CREDIT SERVICES | Uns | 577.86 | NA | NA | 0.00 | 0.00 |
| CERTEGY CHECK SERVICES INC | Uns | 50.00 | NA | NA | 0.00 | 0.00 |
| CHASE BANK | Uns | 444.23 | NA | NA | 0.00 | 0.00 |
| CHEXSYSTEMS INC | Uns | 1,619.25 | NA | NA | 0.00 | 0.00 |
| CMK INVESTMENTS | Uns | 343.97 | NA | NA | 0.00 | 0.00 |
| COLLECTION BUREAU OF | Uns | 448.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| COMMONWEALTH FINANCIAL | Uns | 790.00 | NA | NA | 0.00 | 0.00 |
| COMPREHENSIVE MEDICAL REHAB | Uns | 205.00 | NA | NA | 0.00 | 0.00 |
| CONVERGENT OUTSOURCING INC | Uns | 414.23 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Uns | 413.00 | 2,196.00 | 2,196.00 | 70.28 | 0.00 |
| CREDIT ACCEPTANCE | Uns | 7,646.79 | 7,548.79 | 7,548.79 | 241.59 | 0.00 |
| CREDIT BUREAU HUTCHINSON | Uns | 155.00 | NA | NA | 0.00 | 0.00 |
| CREDIT COLLECTION SERVICES | Uns | 230.04 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT LP | Uns | 1,584.08 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION SERVICE | Uns | 627.00 | NA | NA | 0.00 | 0.00 |
| SWEDISH AMERICAN HOSPITAL | Uns | 1,519.13 | 1,889.50 | 1,889.50 | 60.47 | 0.00 |
| ER SOLUTIONS | Uns | 444.23 | NA | NA | 0.00 | 0.00 |
| FBCS SERVICES | Uns | 689.00 | NA | NA | 0.00 | 0.00 |
| DEPARTMENT OF EDUCATION | Uns | 54,571.00 | 58,828.26 | 58,828.26 | 1,882.72 | 0.00 |
| FIRST PREMIER BANK | Uns | 578.00 | NA | NA | 0.00 | 0.00 |
| FRONTIER BANKRUPTCY DEPT | Uns | 20.58 | NA | NA | 0.00 | 0.00 |
| FRONTIER COMMUNICATIONS | Uns | 533.00 | 533.66 | 533.66 | 17.08 | 0.00 |
| GC SERVICES | Uns | 25.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Uns | 4,044.00 | 479.73 | 479.73 | 15.35 | 0.00 |
| HINCKLEY SPRINGS | Uns | 150.59 | NA | NA | 0.00 | 0.00 |
| INTEGRITY SOLUTION SERVICES | Uns | 577.88 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Uns | 4,044.00 | 4,044.00 | 4,044.00 | 129.43 | 0.00 |
| MEDINA COMMUNITY HOSPITAL | Uns | 231.00 | NA | NA | 0.00 | 0.00 |
| MRS ASSOCIATES INC | Uns | 660.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 1,167.92 | NA | NA | 0.00 | 0.00 |
| NATIONAL CREDIT AUDIT CORP | Uns | 10.00 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE CREDIT | Uns | 790.00 | NA | NA | 0.00 | 0.00 |
| NCC | Uns | 395.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Uns | 284.00 | NA | NA | 0.00 | 0.00 |
| NES OF OHIO | Uns | 4,044.00 | NA | NA | 0.00 | 0.00 |
| PFG OF MINNESOTA | Uns | 577.86 | NA | NA | 0.00 | 0.00 |
| PROGRESSIVE FINANCIAL | Uns | 40.93 | NA | NA | 0.00 | 0.00 |
| ROCKFORD ASSOC CLINICAL | Uns | 230.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 70.00 | 82.60 | 82.60 | 2.65 | 0.00 |
| ROCKFORD PARK DISTRICT | Uns | 170.00 | NA | NA | 0.00 | 0.00 |
| SAFE AUTO INSURANCE | Uns | 61.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| SBC | Uns | 546.28 | NA | NA | 0.00 | 0.00 |
| SCHNUCKS MARKETS | Uns | 37.31 | NA | NA | 0.00 | 0.00 |
| SOUTH TEXAS RADIOLOGY GROUP | Uns | 170.00 | NA | NA | 0.00 | 0.00 |
| STATE FARM INSURANCE | Uns | 220.60 | NA | NA | 0.00 | 0.00 |
| STELLAR RECOVERY INC | Uns | 904.00 | NA | NA | 0.00 | 0.00 |
| SWEDISH AMERICAN HOSPITAL | Uns | 550.00 | NA | NA | 0.00 | 0.00 |
| SWEDISH AMERICAN MEDICAL | Uns | 523.00 | 423.22 | 423.22 | 13.54 | 0.00 |
| TARGET CORPORATION RECOVERY | Uns | 51.78 | NA | NA | 0.00 | 0.00 |
| THE BILLING CENTER | Uns | 29.95 | NA | NA | 0.00 | 0.00 |
| UNIQUE NATIONAL COLLECTIONS | Uns | 118.99 | NA | NA | 0.00 | 0.00 |
| UNIVERSAL FIDELITY LP | Uns | 7.98 | NA | NA | 0.00 | 0.00 |
| VIRTUOSO SOURCING GROUP | Uns | 779.46 | NA | NA | 0.00 | 0.00 |
| WINNEBAGO COUNTY STATES | Uns | 589.30 | NA | NA | 0.00 | 0.00 |
| SFC | Uns | 0.00 | 415.00 | 415.00 | 13.28 | 0.00 |
| WOODFOREST NATIONAL BANK | Uns | 0.00 | 921.25 | 921.25 | 29.49 | 0.00 |
| WOODFOREST NATIONAL BANK | Uns | 0.00 | 28.85 | 28.85 | 0.93 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

Summary of Disbursements to Creditors:

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 6,950.00 | $ 6,950.00 | $ 486.02 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 6,950.00 | $ 6,950.00 | $ 486.02 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 79,652.90 | $ 2,549.20 | $ 0.00 |

Disbursements:

| | |
|---|---|
| Expenses of Administration | $ 5,046.78 |
| Disbursements to Creditors | $ 9,985.22 |
| **TOTAL DISBURSEMENTS:** | $ 15,032.00 |

UST Form 101-13-FR-S (9/1/2009)

      12)  The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed.  The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Date:  12/14/2017        By:  /s/ Lydia S. Meyer
                                    Trustee

**STATEMENT:**   This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.